**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerry Alfonso Ochoa,<br><br>Petitioner,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>Respondents. | No. CV-17-03340-PHX-JAT<br><br>**ORDER** |

As explained in this Court's Order of October 21, 2019 (Doc. 64), this Court is without jurisdiction to vacate or amend the judgment in this case. Therefore,

**IT IS ORDERED** that Petitioner's motion for reconsideration (Doc. 65) is denied because this Court is still without jurisdiction to consider Petitioner's request for relief under Federal Rule of Civil Procedure 60(b).

Dated this 1st day of November, 2019.

James A. Teilborg
Senior United States District Judge